# United States Court of Appeals for the Fifth Circuit

————————

No. 24-10279
Summary Calendar

————————

United States Court of Appeals
Fifth Circuit

**FILED**

December 16, 2024

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

ANGEL JESUS CARVAJAL BRUZUAL,

*Defendant—Appellant*.

————————————————————

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:23-CR-140-1

————————————————————

Before RICHMAN, DOUGLAS, and RAMIREZ, *Circuit Judges*.

PER CURIAM:*

The attorney appointed to represent Angel Jesus Carvajal Bruzual has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Bruzual has not filed a response. The record is not sufficiently developed to allow us to make a fair evaluation of Bruzual's claim

————————————

* This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 24-10279

of ineffective assistance of counsel mentioned in his pro se March 28, 2024 letter to the district court; we therefore decline to consider the claim without prejudice to collateral review. *See United States v. Isgar*, 739 F.3d 829, 841 (5th Cir. 2014).

We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.